**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen M. Sims,                             **Civil File No. 06-cv-1505 PAM/JSM**

        Plaintiff,

vs.                                                           **ORDER**

RGS Financial, Inc., and
Associated Bank, NA.

        Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                           **BY THE COURT**

Dated:  October 13, 2006               s/Paul A. Magnuson
                                              The Honorable Paul A. Magnuson
                                              Judge of United States District Court